In the Matter of the Claim of The State Treasurer of the State of New York (Arising Out of the Death of David Dunne), Respondent, against Sisters of Charity of St. Vincent De Paul and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Maud Housler Andress, Respondent, against Art Metal Construction Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

James Gallagher, Sr., and Another, Appellants, v. George N. Ostrander and Mary A. Anderson, as Executrix, etc., of John Anderson, Jr., Deceased, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann and Davis, JJ.; Whitmyer, J., not sitting.

John H. Collins and Another, Appellants, v. Mary L. Hibbard and Others, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

Keve Zimmerman, Respondent, v. William Reich and Another, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

The People of the State of New York, Respondent, v. William H. Schraft, Appellant.— Judgment of conviction unanimously affirmed. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

George W. Parker, Plaintiff, v. Grace Parker, Defendant.— Application dismissed, on the ground that there is no question or matter before the court. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.